UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM CHARLES GRAHAM, No. 22097-041,

      Petitioner,

   v.                                                            Case No. 25-cv-696-JPG

T. LILLARD, Warden,

      Respondent.

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner William Charles

Graham's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed with

prejudice.

**DATED: April 24, 2025**         **MONICA A. STUMP, Clerk of Court**

                                    **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**